**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17cv681**

| | |
|---|---|
| FREDERA L. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.<br>OF NORTH CAROLINA,<br><br>        Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael D. Ray,** filed February 9, 2018 (Doc. No. 9).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Ray is admitted to appear before this court *pro hac vice* on behalf of Defendant, Family Dollar Stores of North Carolina.

**IT IS SO ORDERED.**

Signed: February 12, 2018

*[signature]*

Graham C. Mullen
United States District Judge